Medina v Delta Airlines, Inc. (2026 NY Slip Op 00584)

Medina v Delta Airlines, Inc.

2026 NY Slip Op 00584

Decided on February 05, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 05, 2026

Before: Manzanet-Daniels, J.P., González, Shulman, Pitt-Burke, Chan, JJ. 

Index No. 23383/19|Appeal No. 5758|Case No. 2025-02511|

[*1]Ricky Medina, Plaintiff-Respondent,
vDelta Airlines, Inc., et al., Defendants-Appellants. [And a Third-Party Action]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Shawn Timothy Kelly, J.), entered on or about January 28, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 29, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 5, 2026